The People of the State of New York ex rel. Victor Gariti, Appellant, against Joseph H. Brophy, as Warden of Auburn State Prison, Respondent.

Submitted November 21, 1938; decided January 4, 1939.

*John J. Bennett, Jr., Attorney-General (Everett D. Mereness* of counsel), for motion.

*Victor Gariti,* in person, opposed.

Motion granted and appeal dismissed.